James Daniel Hajny )
Movant )
) 16-5115-CV-SW-MDH-P
)
v )
)
United States )
Respondant )

## Affidavit of Bias

I James Daniel Hajny have previously included this affidavit with a Motion 2255 filed on Oct. 21, 2016 in U.S. District Court for The Western District of Missouri in Kansas City. I am re-filing this affidavit incase it had been overlooked. In pursuant to Title 28 U.S.C. 2255

I am requesting to have the Motion placed before a new trial judge for the reasons I am writing.

Since the beginning of 2016 I've been fighting to have Mr. Brian D Risley removed as Defense Counsel due to his "ineffective assistance". I have sent several letters to the then trial judge "Judge Brian C Wimes". To date I've had Two (2) hearings, both in front of Magistrate David Rush. First on 3/29/16; it was during this hearing I was denied the right to speak and give additional information. After his denial to have Mr. Risley removed I appealed to the then trial Judge Brian C Wimes, I also sent a letter where it showed how defense counsel refused to perform any request of mine. Sent

On 6/7/16, I was brought to Federal court. I was assuming that Judge Wimes would be sitting on the bench, only to find out that Magistrate David Rush would hear my request again. During both the 3/28 hearing and the 6/7/16, hearing I believe sufficient grounds had been raised to have Mr. Risley removed, only to have my appeal fell on deaf ears. I also made verbal requests during my April 5, 16 Pre-trial only to be denied again.

During my last Pre-trial on 7/12/16, I made another verbal appeal to my new trial Judge Douglas Harpool, during the Pre-trial he denied my request as he stated "Judge Wimes ruled on 6/8/16, denying my request to have Mr. Risley removed. On 7/13/16 I sent a Formal motion to have Mr. Risley removed including several grounds. The grounds included his continual violation of my Constitutional rights, Failure to suppress evidence, etc. On 7/18/16, Judge Harpool allowed me to give specific information as well as refrencing Prior hearing on 7/7/16 to which both Mr. Risley and AUSA Ami Miller both admitted evidence had been destroyed by TFO Charles Root, also how Mr. Risley failed to subpeona any witnesses I had requested on my behalf. After I gave my specifics as to why, Judge Harpool said I had Just set my self up for a Motion 2255, but my Motion was denied, I made a verbal motion for a mistrial due to my Civil rights being violated not only by my Attorney but now by the Court.

To date, I have been denied the right by the court to have an Advocate to which the 6th Amendment requires. I was denied the right to speak by Magistrate David Rush, on 3/29/16, and during the 6/7/16 Magistrate Rush gave me false information concerning how a motion to suppress was placed before the court. I do not believe he is in competent so during the hearing on 6/7, he deliberately gave me false information. Subsequently AUSA Ami Miller placed a motion to stop us from suppressing any evidence.

I feel I have raised sufficient reasons as to why a new Judge should be given to rule on the Motion 2255. I am praying the court grants my motion, Affidavit of Bias.

Respectfully
James Daniel Hajny 1734226

Signed on 10/02/16
Placed in Greene County mail 10/02/16.

**GREENE COUNTY JUSTICE CENTER**
1000 N Boonville
Springfield MO. 65802

James Hajny
_Inmate Name_

1734226
_Jacket #_

Legal Mail

Document To Be Filed

SPRINGFIELD MO 658
03 NOV 16
PM 2 L

LEGAL MAIL

$ 000.46⁵
02 1P
0000885762   NOV 03 2016
MAILED FROM ZIP CODE 65802

Clerk of Court
United States District Court
Western District of Missouri
400 East 9th St. Room 1510
Kansas City, MO 64106

Case #
16-5115-CV-SW

14-5022
MDH

He references his 2255 case no. but the content is for his CR case

64106-199899

INDIGENT